Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel: (650) 248-5817
Fax: (650) 618-8533
perry@perryclarklaw.com

Gregory M. Hess (*pro hac vice*)
PARR BROWN GEE
& LOVELESS, PC
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: ghess@parrbrown.com

Attorneys for Plaintiff
**ICON HEALTH & FITNESS, INC.**

*Additional Counsel Listed on Signature Page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ICON HEALTH & FITNESS, INC.,** a Delaware corporation, <br><br> Plaintiff <br><br> v. <br><br> **IHEALTH LAB INC.,** a California corporation <br><br> Defendants. | CASE NO. 13-CV-02413 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4        Court Processes:

5        ☐    Non-binding Arbitration (ADR L.R. 4)

6        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)

7        ☑    Mediation (ADR L.R. 6)

8    The parties agree to hold the ADR session by:

9        ☑    the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )

11       ☐    other requested deadline _____

13   Dated:  August 21, 2013

ATTORNEYS FOR PLAINTIFF
ICON HEALTH & FITNESS, INC.

_____ */S/ Perry Clark*
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

Gregory M. Hess (*pro hac vice*)
PARR BROWN GEE
& LOVELESS, PC
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: ghess@parrbrown.com

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: 13-CV-02413 JSW

1 | Dated: August 21, 2013 | ATTORNEYS FOR DEFENDANT IHEALTH LAB INC.

*/S/ Jeffrey E. Faucette*

Jeffrey E. Faucette
Skaggs Faucette LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: 415/315-1669
Facsimile: 415/433-5994
Email: jeff@skaggsfaucette.com

Dated: August 22, 2013

**IT IS SO ORDERED**

*Judge Jeffrey S. White*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: 13-CV-02413 JSW

3