Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  (650) 248-5817
Fax:  (650) 618-8533
Email: perry@perryclarklaw.com

Gregory M. Hess (*pro hac vice*)
PARR BROWN GEE
& LOVELESS, PC
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: ghess@parrbrown.com

Attorneys for Plaintiff
**ICON HEALTH & FITNESS, INC.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ICON HEALTH & FITNESS, INC.,**<br>     **a Delaware corporation,**<br><br>          **Plaintiff**<br>     **v.**<br><br>**IHEALTH LAB INC.,**<br>     **a California corporation**<br><br>          **Defendants.** | **CASE NO. 13-CV-02413 JSW**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO.: 13-CV-02413 JSW

1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2   associations of persons, firms, partnerships, corporations (including parent corporations) or

3   other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5   substantially affected by the outcome of this proceeding: HF Holdings, Inc., Free Motion

6   Fitness, Inc., Scott Watterson, Gary Stevenson, and Credit Suisse Group.

7   Dated:  August 23, 2013                    ATTORNEYS FOR PLAINTIFF
                                               ICON HEALTH & FITNESS, INC.
8

9                                                    */S/ Perry Clark*
                                                   Perry R. Clark
10                                             LAW OFFICES OF PERRY R. CLARK
                                               825 San Antonio Road
11                                             Palo Alto, CA 94303
                                               Telephone: (650) 248-5817
12                                             Facsimile: (650) 618-8533
                                               Email: perry@perryclarklaw.com
13
                                               Gregory M. Hess (*pro hac vice*)
14                                             PARR BROWN GEE
                                               & LOVELESS, PC
15                                             185 South State Street, Suite 800
                                               Salt Lake City, Utah 84111
16                                             Telephone: (801) 532-7840
                                               Facsimile: (801) 532-7750
17                                             Email: ghess@parrbrown.com

18

19

20

21

22

23

24
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO.: 13-CV-02413 JSW