Perry R. Clark, Cal. Bar. No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248 5817
Facsimile: (650) 618 8533
Email: perry@perryclarklaw.com

Gregory M. Hess (*pro hac vice*)
PARR BROWN GEE & LOVELESS, PC
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: ghess@parrbrown.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IHEALTH LAB INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 13-CV-02413 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ICON Health & Fitness, Inc. and Defendant iHealth Lab Inc., which are all of the parties who have appeared in this action, hereby stipulate to the dismissal of this action without prejudice, all parties to bear their own costs and attorneys' fees.

Dated: February  18 , 2014　　　　PARR BROWN GEE & LOVELESS, PC


　　　　　　　　　　　　　　　　　　By:　　　　　　*/s/*　　　　　　
　　　　　　　　　　　　　　　　　　　　　Gregory M. Hess
　　　　　　　　　　　　　　　　Attorneys for Plaintiff ICON Health & Fitness, Inc.

1

Dated: February 18, 2014  SKAGGS FAUCETTE LLP

By: /s/
Jeffrey E. Faucette
Attorneys for Defendant iHealth Lab Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 24, 2014

 /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Filer's Attestation**

I, Gregory M. Hess, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendant's counsel.

By: /s/
Gregory M. Hess